NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED ANALOGIC TECHNOLOGIES, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**LINEAR TECHNOLOGY CORPORATION,**
*Intervenor.*

---

2010-1543

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-564.

---

**ON MOTION**

---

**ORDER**

The parties move for a 33-day extension of time, until February 28, 2011, for the International Trade Commission and Linear Technology Corporation to file their responsive briefs, and for an additional 7-day extension of

time, for Advanced Analogic Technologies, Inc., to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JAN 1 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew N. Thomases, Esq.
Paul M. Bartkowski, Esq.
Ronald J. Pabis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK